UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GERALD J. ALFAFARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-00224-DRL-SJF |
| ) | |
| FOREST RIVER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gerald J. Alfafara, and Defendant, Forest River, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Forest River, Inc., with each party to bear their own fees and costs.

Date: February 20, 2025.

| | |
|---|---|
| */s/ Richard C. Dalton* | */s/ Abaigeal F. Musser* |
| Richard C. Dalton | Abaigeal F. Musser |
| Counsel for Plaintiffs | Counsel for Forest River, Inc. |
| 111 Park West Drive | One Indiana Square, Suite 3500 |
| Scott, LA 70583 | Indianapolis, IN 46204 |
| P:   (337) 371-0375 | P:   (317)-713-3500 |
| E:   rick@rickdalton.law | E:   amusser@taftlaw.com |